

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2020

No. 04-19-00787-CV

Mary **HINOJOSA** and All Occupants of 630 Alta Sita Street San Antonio, Texas 78237,
Appellant

v.

**FINANCE OF AMERICA REVERSE, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05604
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

   Appellants' brief was originally due January 16, 2020.  Appellants' first motion for extension of time was granted, extending the deadline for filing the brief to February 18, 2020. On February 13, 2020, appellants filed a motion requesting an additional extension of time to file the brief until March 11, 2020, for a total extension of 55 days.  After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **by March 11, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court